IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ann Watkins, *et al.*,                                    Case No. 3:16CV01925

        Plaintiffs,

    v.                                                                **JUDGMENT ENTRY**

Honeywell International, Inc.,

        Defendant.

For the reasons stated in the order filed contemporaneously with this judgment, it is hereby ORDERED THAT:

1. Defendant's motion to dismiss (Doc. 15) be, and the same hereby is, granted; and

2. Plaintiffs' motion for summary judgment and permanent or preliminary injunction (Doc. 21) be, and the same hereby is, deemed moot.

So ordered.

        /s/ James G. Carr
        Sr. U.S. District Judge